UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NINOSHKA MATIAS,<br>    Plaintiff, | : <br> : <br> : <br> : | |
| v. | : | No. 5:21-cv-02288 |
| TERRAPIN HOUSE, INC.,<br>    Defendant. | : <br> : <br> : <br> : | |

# O R D E R

**AND NOW**, this 16th day of September, 2021, upon consideration of Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 12, Plaintiff's response in opposition thereto, ECF No. 16, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendant's Motion to Dismiss, ECF No. 12, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge